IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREG YOUNG, | No. C 11-05668 EJD |
|     Plaintiff, | Order |
|   v. | |
| PACIFIC BIOSCIENCES OF CALIFORNIA INC, | |
|     Defendant. | |
| _____/ | |
| MATTHEW SANDNAS, | No. C 11-05669 CW |
|     Plaintiff, | |
|   v. | |
| PACIFIC BIOSCIENCES OF CALIFORNIA INC, | |
|     Defendant. | |
| _____/ | |

The order signed December 2, 2011, docket no. 8 in case number C 11-5668 EJD and docket no. 6 in case number C 11-5669 CW, on the parties' stipulation consolidating cases was signed in error. The earliest filed case is No. 11-5668 which is before the Hon. Edward J. Davila and the cases have not been related before a single judge and thus cannot be consolidated. The consolidation order is hereby vacated.

Pursuant to Civil L.R. 3-12 (c), the undersigned, sua sponte, refers the above referenced case to Judge Davila to consider whether they are related.  If they are, the parties may resubmit their stipulation to consolidate to Judge Davila.

Dated: 12/2/2011

CLAUDIA WILKEN
United States District Judge

cc: EJD